AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

L. THOMAS BOLLINGER and CLARE J. BOLLINGER,
and JEFFREY C. BOLLINGER,
                            Plaintiffs,

v.

UNITED STATES OF AMERICA,
                            Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-082-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant pursuant to the Order Granting Defendant's Motion to Dismiss filed on November 20, 2006, Ct. Rec. 25.

November 20, 2006
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas